UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katharine S. Hayden

v. : Crim. No. 07-265

DION JOHNSON : O R D E R

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Dion Johnson (Carol Gillen, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release, which were imposed on July 24, 2007; and the defendant having waived the preliminary hearing and having entered a guilty plea on April 18, 2012 to having violated the condition that required that he not commit any additional state or federal crime; and it appearing that on February 9, 2009 Dion Johnson pleaded guilty in New Jersey Superior County, Essex County to possession of CDS with intent to distribute the same; and for good cause shown;

IT IS on this 2nd day of May, 2012,

ORDERED that the defendant is adjudged guilty of having violated his supervised release, specifically the condition that required that he not commit any additional state or federal crime;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of twenty-four months, which term of imprisonment shall run consecutively to Dion Johnson's imprisonment under any previous state or federal sentence;

IT IS FURTHER ORDERED that Violation Nos. 2 and 3 of the Petition filed on August 4, 2008 and detailed in the Violation of Supervised Release Report dated February 21, 2012 is hereby dismissed; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge